UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

KIMBERLY KING,

     *Plaintiff*,

     v.

VOLUNTEERS OF AMERICA, INC.,

     and

VOLUNTEERS OF AMERICA
NATIONAL SERVICES

     *Defendants*.

CIVIL NO.: 1:25-cv-00658

JURY TRIAL DEMANDED

**PLAINTIFF'S MOTION FOR STATUS CONFERENCE**

Plaintiff Kimberly King ("Plaintiff" or "Ms. King"), by and through undersigned counsel, respectfully moves this Court to schedule a status conference in the above-captioned matter to address case management, establish a discovery schedule, and set a trial date. In support thereof, Plaintiff states as follows:

1.     Plaintiff filed her Complaint on April 18, 2025, asserting claims under Title VII of the Civil Rights Act of 1964 and 42 U.S.C. § 1981 against Defendants Volunteers of America, Inc. ("VOA") and Volunteers of America National Services ("VOANS") (collectively, "Defendants").

2.     On July 1, 2025, Defendants moved to dismiss Plaintiff's Complaint in its entirety pursuant to Fed. R. Civ. P. 12(b)(6).

3.     On March 31, 2026, this Court denied Defendants' Motion to Dismiss in its entirety.

4.     On April 21, 2026, Defendants filed their Joint Answer to Plaintiff's Complaint.

1

5.    Plaintiff's counsel conferred with Defendants' counsel on June 24, 2026, and July 1, 2026, regarding Defendants' position on this motion. Defendants' counsel indicated that Defendants do not consent to the filing of this motion.

6.    As of the date of this filing, more than two months have passed since Defendants filed their Answer. No scheduling order has been entered, no discovery schedule has been set, and no trial date has been established. This matter is ripe for case management.

7.    A status conference would allow the parties and the Court to establish deadlines for discovery, expert disclosures, dispositive motions, and trial, thereby facilitating the efficient resolution of this matter.

WHEREFORE, Plaintiff Kimberly King respectfully requests that this Court schedule a status conference at its earliest convenience, and for such other and further relief as the Court deems just and appropriate.

Respectfully submitted,

*/s/ Samantha Vanterpool Rucker*
Samantha Vanterpool Rucker, Esq.
(VSB 41131)
Michael S. Ludwig, Esq.
(*Admitted pro hac vice*)
**THE SPIGGLE LAW FIRM, P.C.**
3601 Eisenhower Avenue, Suite 425
Alexandria, Virginia 22304
Main: (202) 449-8527
Facsimile: (202) 517-9179
svanterpool@spigglelaw.com
mludwig@spigglelaw.com

*Counsel for Plaintiff, Kimberly King*

## CERTIFICATE OF SERVICE

On July 2, 2026, I served ☐ *the original* ☒ *a true copy* of the foregoing document entitled **PLAINTIFF'S MOTION FOR STATUS CONFERENCE** on all the appearing and/or interested parties in this action as follows:

Matthew F. Nieman
Jackson Lewis P.C.
11790 Sunrise Valley Drive, Suite 400
Reston, Virginia 20191
Direct: (703) 483-8331
Main: (703) 483-8300
Matthew.Nieman@jacksonlewis.com

*Counsel for Defendants*

☐      **(BY MAIL)** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Alexandria, Virginia in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit.

☐      **(BY OVERNIGHT MAIL)** I am personally and readily familiar with the business practice of Spiggle Law Firm, PC for collection and processing correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by the USPS for overnight delivery.

☒      **(BY ELECTRONIC TRANSMISSION)** I caused said document(s) to be served via electronic transmission through either the Court's CM/ECF system, via electronic mail, or an electronic service provider to the addressee(s) listed above on the date below.

☐      **(BY PERSONAL SERVICE)** I delivered the foregoing document by hand delivery to the addressed named above.

☐      **(BY PROCESS SERVER)** I delivered the foregoing document to a process server to effectuate process via personal service. Once a proof of service is received from the process server, our office will file the proof of service reflecting the date of personal service by the process server.

I declare under penalty of perjury under the laws of the Commonwealth of Virginia that the foregoing is true and correct.

Executed on July 2, 2026, at Alexandria, Virginia.

*/s/Samantha Vanterpool Rucker*
Samantha Vanterpool Rucker, Esq.

3